**Shaaban Shaaban HAFED, Appellant**

v.

**UNITED STATES SUPREME COURT and John P. Roberts, Chief Justice, in his official capacity, Appellees.**

No. 09–5064.

United States Court of Appeals, District of Columbia Circuit.

Oct. 28, 2009.

Shaaban Shaaban Hafed, United States Penitentiary, Florence, CO, pro se.

BEFORE: SENTELLE, Chief Judge, and HENDERSON and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed February 20, 2009, 2009 WL 453122, be affirmed. The district court correctly determined it lacked authority to review any decision of the Supreme Court or to order the Supreme Court to take any action. *See In re Marin,* 956 F.2d 339, 340 (D.C.Cir.1992) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after

resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.